JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. GUTIERREZ,<br><br>          Petitioner,<br>  v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>          Respondent. | Case No. EDCV 11-2064-GAF (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: November 8, 2013

**JS-6**

_____
HONORABLE GARY A. FEESS
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge